UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
http://www.flmb.uscourts.gov

In re:

Stephen L. Phelps
    Debtor.
_____/

Case No.: 6:23-bk-05281-TPG

Chapter 7

Mary Ida Townson, United States Trustee
for Region 21,

    Plaintiff,
v.

Stephen L. Phelps,

    Defendant.
_____/

Adv. Pro. No.: 6:24-ap-138-TPG

## MOTION FOR ENTRY OF CLERK'S DEFAULT

The United States Trustee for Region 21, Mary Ida Townson ("Plaintiff"), by and through her undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 7055 and Local Rule 7055-2, hereby requests the entry of a Clerk's Default against Stephen L. Phelps ("Defendant"), and states the following in support:

1. On December 30, 2024, Plaintiff filed a complaint objecting to the entry of the Defendant's discharge in this adversary proceeding designated as a core proceeding. (Doc. No. 1; "Complaint").

2. On January 7, 2025, the Court issued a Summons on the Defendant. (Doc. No. 2; "Summons").

3. On January 8, 2025, the Plaintiff served the Summons with the Complaint and Local Rule 7001-1 on the Defendant by first class U.S. mail with postage affixed to his primary residence

of 37245 County Road 439 Eustis, FL 32736 (Doc. No. 3). A courtesy copy was also mailed to Defendant's bankruptcy counsel, Kenneth D. Herron, Jr. Esq., of Herron Hill Law Group, PLLC at P.O. Box 2127 Orlando, FL 32802 ("Bankruptcy Counsel").

4. The time for the Defendant to file a responsive pleading to the Complaint pursuant to Federal Rule of Bankruptcy Procedure 7012(a) expired on February 6, 2025 (Doc. No. 2).

5. On February 6, 2025, Bankruptcy Counsel contacted the undersigned via email requesting a courtesy 14-day extension to file an answer or response to the Complaint to which the undersigned agreed to, informally extending the deadline for Defendant to respond to the Complaint by no later than February 20, 2025. To date, Bankruptcy Counsel has not made a formal appearance in this adversary proceedings and no answer or motion has been filed by the Defendant.

6. Timely service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedures and the Defendant failed to file a responsive pleading or motion before the expiration of the time specified or any extension of time obtained.

7. The Plaintiff searched the Servicemembers Civil Relief Act Centralized Verification Service to verify whether the Defendant was on active military duty.

8. Attached hereto as Exhibit A is the verified sworn statement of counsel regarding the Defendant's non-military service based upon a certification from the Servicemembers Civil Relief Act Centralized Verification Service, dated February 24, 2025, that the Defendant is not on active military duty.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter a default against the Defendant for failure to file a responsive pleading or otherwise defend as required by law, and for such further relief the Court deems appropriate.

Dated: February 24, 2025

                                                Respectfully Submitted,

MARY IDA TOWNSON
United States Trustee for Region 21,
Plaintiff

/s/ *Bryan Edgar Buenaventura*
Bryan E. Buenaventura, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 1022175
501 East Polk Street, Suite 1200
Tampa, FL 33602
Telephone No.: (813) 228-2174
Bryan.Buenaventura@usdoj.gov
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this motion for entry of clerk's default was served on February 24, 2025 by CM/ECF on all parties that have appeared in the instant case and via first class United States mail with postage affixed on the following:

Stephen L Phelps
37245 County Road 439
Eustis, FL 32736

                                                /s/ *Bryan Edgar Buenaventura*
                                                Bryan E. Buenaventura, Trial Attorney