UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Stephen L. Phelps,

    Debtor.
_____/

Case No.: 6:23-bk-05281-TPG

Chapter 7

Mary Ida Townson, United States Trustee for Region 21,

    Plaintiff,
v.

Stephen L. Phelps,

    Defendant.
_____/

Adv. Pro. No.: 6:24-ap-138-TPG

## UNITED STATES TRUSTEE'S MOTION FOR FINAL JUDGMENT BY DEFAULT

The United States Trustee for Region 21, Mary Ida Townson ("Plaintiff"), by and through her undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 7055 and Local Rule 7055-2, hereby requests the entry of a final default judgment against Stephen L. Phelps ("Defendant") and states the following in support.

1. On December 30, 2024, Plaintiff filed a complaint objecting to the entry of the Defendant's discharge in this adversary proceeding designated as a core proceeding. (Doc. No. 1; "Complaint").

2. On January 7, 2025, the Court issued a Summons on the Defendant. (Doc. No. 2; "Summons").

3. On January 8, 2025, the Plaintiff served the Summons with the Complaint and

Local Rule 7001-1 on the Defendant by first class U.S. mail with postage affixed to his primary residence of 37245 County Road 439 Eustis, FL 32736 (Doc. No. 3). A courtesy copy was also mailed to Defendant's bankruptcy counsel, Kenneth D. Herron, Jr. Esq., of Herron Hill Law Group, PLLC at P.O. Box 2127 Orlando, FL 32802 ("Bankruptcy Counsel").

4. The time for the Defendant to file a responsive pleading to the Complaint pursuant to Federal Rule of Bankruptcy Procedure 7012(a) expired on February 6, 2025 (Doc. No. 2).

5. On February 6, 2025, Bankruptcy Counsel contacted the undersigned via email requesting a courtesy 14-day extension to file an answer or response to the Complaint to which the undersigned agreed to, informally extending the deadline for Defendant to respond to the Complaint by no later than February 20, 2025. To date, Bankruptcy Counsel has not made a formal appearance in this adversary proceedings and no answer or motion has been filed by the Defendant.

6. Timely service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedures and the Defendant failed to file a responsive pleading or motion before the expiration of the time specified or any extension of time obtained.

7. An Entry of Default was entered by the Clerk of the Court in this adversary proceeding on February 28, 2025 (Doc. No. 7) as authorized by Fed. R. of Bankr. P. 7055.

8. The Entry of Default finds that the Defendant failed to plead or otherwise defend in this cause as required by law. (*Id.*).

9. A sworn statement in support of the Complaint is attached hereto as **Exhibit A**.

WHEREFORE, pursuant to Rule 55 of the Federal Rules of Civil Procedure made applicable in this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7055, Plaintiff respectfully requests that the Clerk enter a final default judgment against Defendant for failure to

file a responsive pleading or otherwise defend as required by law, and for such further relief as the Court deems appropriate.

DATED: March 3, 2025

    Respectfully Submitted,

    MARY IDA TOWNSON
    United States Trustee for Region 21,
    Plaintiff

    */s/ Bryan Edgar Buenaventura*
    Bryan E. Buenaventura, Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    Florida Bar No.: 1022175
    501 East Polk Street, Suite 1200
    Tampa, FL 33602
    Telephone No.: (813) 228-2174
    Bryan.Buenaventura@usdoj.gov
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this motion was served on March 3, 2025 by CM/ECF on all parties that have appeared in the instant case and via first class United States mail with postage affixed on the following:

Stephen L Phelps
37245 County Road 439
Eustis, FL 32736

    */s/ Bryan Edgar Buenaventura*
    Bryan E. Buenaventura, Trial Attorney