**ORDERED.**

Dated:  March 05, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| Stephen L. Phelps, | Case No.:  6:23-bk-05281-TPG |
| Debtor. _____/ | Chapter 7 |
| Mary Ida Townson, United States Trustee for Region 21, | |
| Plaintiff, | Adv. Pro. No.: 6:24-ap-138-TPG |
| v. | |
| Stephen L. Phelps, | |
| Defendant. _____/ | |

**ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT**

This proceeding came before the Court upon the United States Trustee's Motion for Final Judgment by Default ("_Motion_"; Doc. No. 9) in this adversary proceeding. Based upon the Defendant's default, and the Plaintiff's supporting verified statement, it is now,

**ORDERED:**

1. The Motion is Granted.

2. The Court will separately enter Final Judgment in favor of the United States Trustee.

The Clerk is directed to serve a copy on all parties.