**ORDERED.**

Dated: March 05, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| Stephen L. Phelps, | Case No.: 6:23-bk-05281-TPG |
| Debtor. | Chapter 7 |
| _____/ | |
| Mary Ida Townson, United States Trustee for Region 21, | |
| Plaintiff, | Adv. Pro. No.: 6:24-ap-138-TPG |
| v. | |
| Stephen L. Phelps, | |
| Defendant. | |
| _____/ | |

## FINAL JUDGMENT

This proceeding came before the Court upon the United States Trustee's Motion for Final Judgment by Default and Order Granting Motion for Final Judgment by Default (Doc. Nos. 9 and 10). Based upon the Defendant's default, it is now

**ORDERED and ADJUDGED:**

1. That judgment is entered in favor of the Plaintiff, the United States Trustee as to Counts I through IV[2] of the Complaint;

2. The bankruptcy discharge of Stephen L. Phelps (last-four SSN# 3431), in bankruptcy case number 6:23-bk-05281-TPG is hereby **DENIED**;

3. The Clerk is hereby ordered to file Notice of Denial of Discharge and a copy of this Final Judgment in the Defendant's main bankruptcy case as described in paragraph 2 of this Order; and

4. The above captioned adversary proceeding is hereby closed.

# # #

Copies to (Service by BNC): All creditors and parties in interest.

---

[2] Count V of the complaint is moot since the Defendant filed the required certificate of completion of the Debtor Education Course on January 24, 2025 (Main Case Doc. No. 105).